Timmy Kinner (LOVE) 13219
*(full name/prisoner number)*
PO Box 51
Boise ID 83707

*(complete mailing address)*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Timmy Kinner (LOVE)
*(full name)*
                    Plaintiff,

v.

IDOC Ada County Jail/Sheriffs
Office US & its constituents et al.

                    Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☒ Yes ☐ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply):*

☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☒ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☐ Other federal statute *(specify)* _____; or diversity of citizenship.
☒ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Timmy Kinner (Love). I am a citizen of the State of IDAHO,
presently residing at 1 MSI

PRISONER COMPLAINT - p. 1                                               *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Warden Richardson** *(defendant)*, who was acting as **Warden** *(job title, if a person; function, if an entity)*

    for the **IDOC** *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on **2021 June** *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   Failed 2 honor my human rites by discriminating against me on property allowance, housing assignment & negligence by allowing multiple staff members 2 act w/o regulation & cause me & others widespread pain & suffering which stemmed from corruption & staff misconduct (abuse of authority, misuse of power). ALL DEFENDANTS NOT LIST 4 EITHER FEAR OF RETALIATION OR THEY ARE IN-IDENTIFIABLE @ CURRENT TIME.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   human rites - religious, equal protection, discrimination (racial, religious)

4. I allege that I suffered the following injury or damages as a result:
   personal & property losses & damages, pain & suffering, mental anguish

5. I seek the following relief: reasonable amount of money compensation & incarceration 4 all involved that amount 2 criminal act(s)

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [X] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ◯ Yes [X] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Honestly it was an impediment 4 relief. I attempted & it only exhausted me. It was impossible 2 "exhaust" this machine (system). All of this is quite overwhelming 4 an inmate bcuz of the complexities of this lawsuit process.

PRISONER COMPLAINT- p. 2  *(Rev. 10/24/2011)*

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(Include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☒ do not ☐ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

_____
_____
_____

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on _____ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _May 2022_ *(date)*; OR *(specify other method)* _____.

Executed at __IMSI__ on __May 25th 2022__.
  *(Location)*          *(Date)*

_Love (J.K—)_
Plaintiff's Original Signature

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*